UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ST. PAUL FIRE & MARINE INS. CO.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-2164** |
| **BEAL BANK, S.S.B.** | **SECTION: "K"(5)** |

## ORDER AND REASONS

For the reasons assigned in open Court during Oral Argument held on November 1, 2006, the Court finds that St. Paul's June 2, 2004, facisimile notification of cancellation of the insurance policy was not effective to cancel coverage, and that Beal Bank as mortgagee is not affected by the "change in management" warranty in the insurance contract. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Rec.Doc.No. 21) is hereby **DENIED**.

New Orleans, Louisiana, on this  2nd   day of November, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE